PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
04-30021-001

DOCKET NUMBER (Rec. Court)
5:16CR 118

FILED
MAY 05 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Allen V. Walker 1725 Fulton Road (downstairs) Canton, Ohio 44703 | Central | Springfield |

| NAME OF SENTENCING JUDGE |
|---|
| Richard Mills |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/18/2014 | TO 08/17/2018 |
|---|---|---|

OFFENSE
(Count 1) Possession of Cocaine Base "Crack" with the Intent to Distribute  and (Count 2) Carrying a Firearm During and in Relation to and Possession of a Firearm in Furtherance of a Drug Trafficking Crime

MAG. JUDGE BAUGHMAN

CLERK U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
AKRON
2016 APR 20 PM 1:30
FILED

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___ILLINOIS___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Ohio___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

s/ Richard Mills

___12 Apr 16___
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___OHIO___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
2016 APR 29 PM 4:12

___4/29/16___
Effective Date

s/ James Gwin

_____
United States District Judge